**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Sydell, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Spa Sydell |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 58-1498124 |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 109 Smoke Lane, Suite 190 Woodstock, GA 30188 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cherokee | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website (URL)** | www.spasydell.com |

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Sydell, Inc.**   Case number (*if known*) _____
    Name

**7.**   **Describe debtor's business**    A. *Check one:*

       ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

       ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

       ☐ Railroad (as defined in 11 U.S.C. § 101(44))

       ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

       ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

       ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

       ■ None of the above

       B. *Check all that apply*

       ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

       ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

       ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

       C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
          See http://www.uscourts.gov/four-digit-national-association-naics-codes.
          __8121__

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

       ☐ Chapter 7

       ☐ Chapter 9

       ■ Chapter 11. *Check all that apply:*

            ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

            ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

            ☐ A plan is being filed with this petition.

            ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

            ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

            ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

       ☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

       ☐ No.
       ■ Yes.

       If more than 2 cases, attach a separate list.

| District | **Northern District of Georgia, Atlanta Division** | When | **9/03/09** | Case number | **09-83407** |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

       ■ No
       ☐ Yes.

       List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **Sydell, Inc.**                                                                    Case number (*if known*) _____
         Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐) No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

          Contact name      _____

          Phone             _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐) Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Sydell, Inc.**
_____    Case number (*if known*) _____
Name

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
  of authorized
  representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2016**
              MM / DD / YYYY

**X** _____        Rena A. Bermudez
Signature of authorized representative of debtor        Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

**X** _J. Michael Levengood_____    Date  **August 22, 2016**
Signature of attorney for debtor                    MM / DD / YYYY

**John Michael Levengood**
Printed name

**Law Office of J. Michael Levengood, LLC**
Firm name

**150 S. Perry St., Suite 208**
**Lawrenceville, GA 30046-4847**
Number, Street, City, State & ZIP Code

Contact phone    **(678) 765-1745**    Email address   **mlevengood@levengoodlaw.com**

**447934 - Georgia**
Bar number and State

---

**WRITTEN CONSENT IN LIEU OF**
**MEETING**
**OF THE BOARD OF DIRECTORS**
**OF**
**SYDELL, INC.**

Pursuant to Section 14-2-821 of the Georgia Business Corporation Code, the undersigned, being all of the members of the Board of Directors of SYDELL, INC., a Georgia corporation (the "Corporation"), hereby consent to and take the actions set forth below as of this 18th day of August, 2016, which actions shall have the same force and effect as if taken by a unanimous affirmative vote of the Board of Directors at a meeting at which all of the members were present and voting. By signing hereunder, the undersigned expressly waive all notice of a meeting at which the following resolutions would have been submitted to them for action and direct that this Unanimous Written Consent be filed with the minutes and proceedings of the Corporation.

**WHEREAS**, after careful review and consideration, the Board of Directors has determined that it is in the best interests of the Corporation to file a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "Chapter 11 Case");

**WHEREAS**, the Board of Directors desires to authorize the preparation, execution and filing of such Chapter 11 Case by the Corporation and certain other actions in connection therewith; and

**WHEREAS**, the Board of Directors further desires to authorize its officers to take any and all actions and to file, prepare or execute any and all documents which may be necessary, advisable or appropriate, in their respective business judgment, with respect to the current financial and strategic situation, including but not limited to, the filing of a Chapter 11 Case;

**NOW, THEREFORE, BE IT RESOLVED**, as follows:

1.    That the appropriate officers of the Corporation are hereby authorized, empowered and directed to commence a bankruptcy case for the Corporation by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.    The Board of Directors hereby approves and authorizes the preparation, execution and filing of the Chapter 11 Case by the Corporation.

3.    The Board of Directors hereby authorizes the officers of the Corporation to take any and all actions and to file, prepare or execute any and all documents which may be necessary, advisable or appropriate, in their respective business judgment, with respect to the current financial and strategic situation, including but not limited to, the filing by the Corporation of a Chapter 11 Case.

4.    The officers of the Corporation, or any of them acting alone, are authorized on behalf of the Corporation to prepare, execute and file the Chapter 11 Case and all of the necessary papers in connection therewith in the United States Bankruptcy Court for the Northern

District of Georgia, Atlanta Division, and to do any other acts, execute all documents and take any other steps in the name of and on behalf of the Corporation, necessary or appropriate to obtaining such relief, including the filing of one or more motions to sell property under Section 363 of the Bankruptcy Code as well as the presentation of a Plan of Reorganization.

5.      The Corporation is hereby authorized to retain the services of professionals to assist the Corporation in preparing and filing the Chapter 11 Case and to represent and assist the Corporation in carrying out its duties in the Chapter 11 Case, and the officers are hereby authorized and directed to take appropriate actions to retain such professionals and to execute appropriate retention agreements and pay appropriate retainers prior to the filing of the Chapter 11 Case, and immediately upon the filing of the Chapter 11 Case, to file, or cause to be filed, an appropriate application or applications with the Bankruptcy Court for authority to retain the services of professionals for such purpose.

6.      Such professionals include, without limitation, the following named firms, believed to be properly qualified to act as professionals in the Chapter 11 Case: Law Office of J. Michael Levengood, LLC, as general bankruptcy counsel, Tanya Andrews Tate as special bankruptcy counsel for employment and corporate matters, Right on the Books Consultants, LLC as accountants, and GGG Partners LLC, as financial consultants.

7.      The Board of Directors authorizes the Corporation to compensate such professionals for their services and expenses on the basis of prior agreements and/or their usual and customary fees and expenses, including retainers, subject to approval of the Bankruptcy Court.

8.      The officers of the Corporation, or any of them acting alone, are hereby authorized, upon consultation with such persons (including professionals), as the officer may deem appropriate and proper, to file or cause to be filed, applications for authority to retain the services of other professionals for specified purposes, including litigation, and to compensate them at the rate of their usual fees and expenses, including retainers, subject to the approval of the Bankruptcy Court.

9.      In connection with the foregoing, the officers are hereby authorized and directed to execute and cause to be filed the Chapter 11 Case, and any and all other documents which the officers deem appropriate.

10.     All the acts of any person authorized to act as set forth above, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, approved and adopted as acts on behalf of the Corporation.

11.     The Secretary of the Corporation is hereby directed to file this Consent Resolution in the minute book of the Corporation. This Consent Resolution may be executed and delivered (including by facsimile transmission) in one or more counterparts, each of which when executed and delivered shall be deemed to be an original but all of which when taken together shall constitute one and the same instrument.

**IN WITNESS WHEREOF**, this resolution has been duly executed by the undersigned, being members of the Board of Directors, as of the date first above stated.

_____
REINA A. BERMUDEZ

_____
RICHARD PENA

## SECRETARY CERTIFICATE

I, Richard Pena, the Secretary of Sydell, Inc., **DO HEREBY CERTIFY** that the foregoing constitutes a true and correct copy of a consent resolution duly adopted by the Board of Directors of Sydell, Inc., as of the 18th day of August, 2016, that the original said consent resolution has been duly recorded in the minute book of said corporation, which is in my custody and control and that the same has now been amended or repealed and is in full force and effect on the date hereof.

Given under my hand and the seal of SYDELL, INC., this 18 day of August, 2016.

Richard Pena
Secretary
SYDELL, INC.

**Fill in this information to identify the case:**

Debtor name    **Sydell, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2016**            X

Signature of individual signing on behalf of debtor

**Rena A. Bermudez**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Sydell, Inc.** | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alston & Bird LLP** P.O. Box 933124 Atlanta, GA 31193 | | | | | | $14,535.20 |
| **Besse Medical Supply** 96 Annex Atlanta, GA 30396 | | | | | | $8,904.00 |
| **Branch Banking & Trust Co. Commercial Loan Dept., G 271 17th Street, NW, Suite 800 Atlanta, GA 30363** | Vasha G 271 Commercial Loans (404) 897-7680 | | | | | $399,008.00 |
| **Chase Bank USA ink** P.O. Box 15153 Wilmington, DE 19886 | (877) 242-7372 | | | | | $25,818.38 |
| **Cobb Opportunity Investor** 300 Galleria Parkway 12th Floor Atlanta, GA 30339 | ((770) 955-2434 | | | | | $68,859.65 |
| **CosMedix** 3715 Northside Parkway Building 200, Suite 200 Atlanta, GA 30327 | (800) 267-6334 | | | | | $32,000.00 |
| **Cozen O'Connor** 7885 P.O. Box 7247 Philadelphia, PA 19170 | (404) 572-2000 | | | | | $20,665.35 |

| Debtor | Sydell, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Creekstone Village C/O Alysia Altizer 131 Roswell St., Suite B201 Alpharetta, GA 30009 | Alysia Altizer (678) 762-9950 | | | | | $24,978.26 |
| First Insurance Funding Co. P.O. Box 105052 Atlanta, GA 30348-5052 | | | | | | $11,867.65 |
| Georgia Power P.O. Box 66468 Chicago, IL 60666 | | | | | | $10,617.45 |
| Humana P.O. Box 524 Carol Stream, IL 60132 | | | | | | $8,876.80 |
| Merchant Capital Source 2120 Main St. #220 Huntington Beach, CA 92648 | (714) 969-7878 | | | | | $81,522.00 |
| Merz Aesthetics 4133 Courtney St #10 Franksville, WI 53126 | (919) 582-8000 | | | | | $83,185.15 |
| NF Park Place Center LP 400 Northcreek, Suite 100 Atlanta, GA 30327 | (404) 846-4007 | | | | | $155,368.55 |
| R.J. Clark & Associates 5665 New Northside Drive Suite 110 Atlanta, GA 30328 | | | | | | $17,155.72 |
| Selig Enterprises, Inc. ALPHA 1100 Spring Street NW Suite 550 Atlanta, GA 30309 | (404) 876-5511 | | | | | $73,888.57 |
| Selig Enterprises, Inc. MDTOWN 1100 Spring Street NW Suite 550 Atlanta, GA 30309 | (404) 876-5511 | | | | | $327,267.33 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Sydell, Inc.**                                              Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Troutman, Sanders 600 Peachtree St NE # 520 Atlanta, GA 30308** | | | | | | $19,500.00 |
| **Venus Concept 255 Consumers Rd #110, Toronto, ON M2J 1R4 Canada** | steve@venus-concept.com (561) 573-7060 | | | | | $75,000.00 |
| **Windstream Communications 1576 Solutions Center Chicago, IL 60677** | (844) 598-4372 | | | | | $22,563.00 |

## United States Bankruptcy Court
### Northern District of Georgia

In re   **Sydell, Inc.**

                              Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 22, 2016**

**Rena A. Bermudez/Chief Executive Officer**
Signer/Title

Advance Magazine Publisher
1313 N. Market St., 12th Floor
Wilmington, DE 19801


Advanced Disposal Service
P.O. Box 743019
Atlanta, GA 30374


Affordable Plumbing & Septic
3007 Woodrow Drive
Lithonia, GA 30038


AlphaGraphics
P.O. Box 101008
Atlanta, GA 30392


Alston & Bird LLP
P.O. Box 933124
Atlanta, GA 31193


American Express
P.O. Box 981540
El Paso, TX 79998-1540


American Express Bank, FSB
4315 South 2700 West
Salt Lake City, UT 84184


AmTrust North America, Inc.
P.O. Box 5849
Cleveland, OH 44101


Arrow Exterminators, Inc.
P.O. Box 6526
Marietta, GA 30065

Bell Sembler I, LLC
300 North Green Street
Suite 1000
Greensboro, NC 27401


Bermudez Services
4125 Cougar Pt. NE
Marietta, GA 30066


Besse Medical Supply
96 Annex
Atlanta, GA 30396


Botanical Science Technology
1625 Crescent Circle #300
Carrollton, TX 75006


Branch Banking & Trust Co.
Commercial Loan Dept., G 271
17th Street, NW, Suite 800
Atlanta, GA 30363


Cartridge Warehouse
440 Ernest Barrett Parkway #47
Kennesaw, GA 30144


Casey Bermudez
655 Gold Valey Pass
Canton, GA 30114


Century Fire Protection LLC
2450 Meadowbrook Parkway
Duluth, GA 30096


Chase Bank USA ink
P.O. Box 15153
Wilmington, DE 19886

Cherokee County Tax Comm'r
155 Towne Lake Pkwy
Woodstock, GA 30188

Chris Bell
4308 Buckingham Place
Duluth, GA 30096

City of Alpharetta
P.O. Box 349
Alpharetta, GA 30009-0349

City of Atlanta
P.O. Box 9001950
Louisville, KY 40290

Classic Commercial Service
4210 Trotters Way
Alpharetta, GA 30004

CNR Technologies, LLC
3550 Laurel Springs Cove
Villa Rica, GA 30180

Cobb EMC
2230 Towne Lake Parkway
Building 900, Suite 230
Woodstock, GA 30189

Cobb Opportunity Investor
300 Galleria Parkway
12th Floor
Atlanta, GA 30339

Comcast
P.O. Box 530098
Atlanta, GA 30353

CosMedix
3715 Northside Parkway
Building 200, Suite 200
Atlanta, GA 30327


Courier Express
2051 Franklin Way
Marietta, GA 30067


Cozen O'Connor
7885 P.O. Box 7247
Philadelphia, PA 19170


CPT Peachtree Forum LLC
C/O Core Property Management
800 Vanderbilt Beach Road
Naples, FL 34108


Creative Office Solutions
1625 Williams Dr., Suite 204
Marietta, GA 30066


Creekstone Village
C/O Alysia Altizer
131 Roswell St., Suite B201
Alpharetta, GA 30009


David G. Bisbee
63 Club Course Dr.
Hilton Head Island, SC 29928


DeKalb County
P.O. Box 105942
Atlanta, GA 30348


DeKalb County Tax Commissioner
P.O. box 100004
Decatur, GA 30031-7004

DeKalb Treasury & Account
P.O. Box 1027
Decatur, GA 30031-1027


DependaBill Solutions
P.O. Box 935135
Atlanta, GA 31193-5315


Ecolab, Inc.
P.O. Box 32027
New York, NY 10087-2027


Enterprise Rent a Car
Damage Recovery Unit
P.O. Box 843369
Kansas City, MO 64184-3369


First Insurance Funding Co.
P.O. Box 105052
Atlanta, GA 30348-5052


Five Star Shredding
5945 Cabot Parkway
Alpharetta, GA 30005


Forsyth County Business
110 E. Main St., #100
Cumming, GA 30040


Fulton County Tax Commissioner
P.O. Box 105052
Atlanta, GA 30348-5052


George Abney
191 Peachtree Street, NE
Thirty-Fourth Floor
Atlanta, GA 30303

Georgia Department of Labor
Suite 826, 148 Andrew Young In
Atlanta, GA 30303-1751


Georgia Department of Revenue
Compliance Division ARCS - BKR
1800 Century Blvd NE, St 9100
Atlanta, GA 30345-3202


Georgia Natural Gas
P.O. Box 105445
Atlanta, GA 30348-5445


Georgia Power
P.O. Box 66468
Chicago, IL 60666


Golf T Partners
P.O. Box 660916
Dallas, TX 75266


Gomel, Davis & Watson
P.O. Box 105428
Atlanta, GA 30348


Gwinnett County Tax Comm'r
P.O. Box 372
Lawrenceville, GA 30046


HB Solutions
P.O. Box 932053
Atlanta, GA 31193-2053


Hill Mechanical
1635 Old Highway 41 NW
Suite 112-372
Kennesaw, GA 30152

Humana
P.O. Box 524
Carol Stream, IL 60132


Indiana State Central
P.O. Box 6219
Indianapolis, IN 46206


Internal Revenue Service
Centralized Insolvency Operati
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
401 W. Peachtree Street, N.W.
Insolvency Unit - Stop 334-D
Atlanta, GA 30308


Intuitive AV
2300 Shallowford Rd. Suite 1&2
Marietta, GA 30066


James Scharff
4550 Roswell Rd # R-2
Atlanta, GA 30342


Kelly Norvell
5308 Towne Lake Heights
Woodstock, GA 30189


Kroger
1014 Vine Street
Cincinnati, OH 45202-1100


Layne Creative Services
1750 Providence Farms Lane
Alpharetta, GA 30009

Lightning Construction
78 Dawson Village Way N
Dawsonville, GA 30534


Lisa marie Armitage
291 Balaban Cr.
Woodstock, GA 30188


McKesson Medical Surgical
P.O. Box 660266
Dallas, TX 75266-0266


Merchant Capital Source
2120 Main St. #220
Huntington Beach, CA 92648


Merz Aesthetics
4133 Courtney St #10
Franksville, WI 53126


Mitel Leasing
P.O. Box 972448
Dallas, TX 75397-2448


Mitel Technologies, Inc.
P.O. Box 975171
Dallas, TX 75397-5171


Murphy Business & Financial Co
1870 The Exchange, Suite 100
Attn:  Art Lennig
Atlanta, GA 30339


NF Park Place Center LP
400 Northcreek, Suite 100
Atlanta, GA 30327

Office of Insurance and Safety
P.O. Box 935467
Atlanta, GA 31193-5467


Old Mill Cabinet Co.
P.O. Box 4421
Marietta, GA 30061


Otis Elevator Company
P.O. Box 905454
Charlotte, NC 28290-5454


Overhead Door Company
P.O. Box 14107
Atlanta, GA 30324


Pete Bermudez
4125 Cougar Point Ne
Marietta, GA 30066


Progressive Commercial
P.O. Box 933004
Atlanta, GA 31193-3004


R.J. Clark & Associates
5665 New Northside Drive
Suite 110
Atlanta, GA 30328


Regions Bank, N.A.
1900 Fifth Avenue North
Birmingham, AL 35203


Reina Bermudez
4125 Cougar Pt. NE
Marietta, GA 30066

Reporter Consulting Inc.
8355 NW 145 Terrace
Hialeah, FL 33016


Richard Pena
542 Watercress Dr.
Woodstock, GA 30188


Ricky Hughson
134 Creekwood Trail
Acworth, GA 30102


Roswell/North Fulton Fire
1279 Ficklen Church Way
Canton, GA 30114


Selig Enterprises, Inc. ALPHA
1100 Spring Street NW
Suite 550
Atlanta, GA 30309


Selig Enterprises, Inc. MDTOWN
1100 Spring Street NW
Suite 550
Atlanta, GA 30309


Southeast Laundry Equipment
1105 Shana Circle, Suite I
Marietta, GA 30066


Southern Automatic Machine
133 North 85 Parkway
Fayetteville, GA 30214


State Sprinkler Company
1075 Nine North Dr.
Suite 100
Alpharetta, GA 30004

Swanee EMC
ID 1204
P.O. Box 2252
Birmingham, AL 35246


Sylvia Goldie Bonnell
1608 Cumberland Court SE
Smyrna, GA 30080


T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596


ThyssenKrupp Elevator
P.O. Box 369
Marietta, GA 30061-0369


TimePayment Corp.
Promenade, Suite 800
1230 Peachtree Street NE
Atlanta, GA 30309-3574


Tower Plumbing, Inc.
1425 Magnolia Park Circle
Cumming, GA 30040


Travelers Insurance
1755 N. Brown Road, Suite 125
Woodstock, GA 30188-7365


Troutman, Sanders
600 Peachtree St NE # 520
Atlanta, GA 30308


Uline
1770 Satellite Boulevard
Buford, GA 30518

United Healthcare Insurance
Dept CH 10151
Palatine, IL 60055-0151


United States Treasury
P.O. Box 1237
Charlotte, NC 28201-1237


United States Treasury
Cincinnati, OH 45999-0090


Venus Concept
255 Consumers Rd #110,
Toronto, ON M2J 1R4
Canada


Wakefield Beasley & Associates
5200 Avalon Boulevard
Alpharetta, GA 30009


Wal-Mart
P.O. Box 30184
Tampa, FL 33630


West Georgia Granite, LLC
P.O. Box 3069
Woburn, MA 01888


Windstream Communications
1576 Solutions Center
Chicago, IL 60677


Worldwide Express
P.O. Box 36070
Birmingham, AL 35236

```
YRC
P.O. Box 905587
Charlotte, NC 28290-5587


zConnect
145 Technology Parkway, Suite
Norcross, GA 30092
```

## United States Bankruptcy Court
### Northern District of Georgia

In re   Sydell, Inc.

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Reina Bermudez**<br>**4125 Cougar Pt. NE**<br>**Marietta, GA 30066** | **Common Stock** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 22, 2016**

Signature

**Rena A. Bermudez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.